**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**CONNIE BOWERS,**

    **Plaintiff,**

    v.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

    **Defendant.**

Case No. **2:09-CV-290**

**JUDGE ALGENON L. MARBLEY**
Magistrate Judge King

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the May 17, 2010 Opinion and Order, the Court REMANDS this case to the Plan Administrator for consideration of whether Bowers's limitations preclude her from performing her former position. Hartford's Motion for Judgment on the Administrative Record is DENIED and Bowers's Motion for Judgment on the Administrative Records is GRANTED in part.

Date: **May 17, 2010**       **James Bonini, Clerk**

                                         s/Betty L. Clark
                                       Betty L. Clark/Deputy Clerk